USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ELLEN ELIZABETH TARR, *on behalf of herself and all others similarly situated*,

                                Plaintiff,

-against-

THE ELDER STATESMAN, LLC,

                                Defendant.

-------------------------------------------------------------------X

1:23-cv-09272-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

        In the Court's order dated October 24, 2023, the parties were directed to meet and confer no later than January 30, 2024 and submit a joint status letter and proposed case management plan to the Court no later than February 20, 2024. Dkt. No. 5. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's October 24, 2023 order forthwith and in any event no later than February 26, 2024.

        SO ORDERED.

Dated: February 23, 2024
New York, New York

                                                  _____
                                                  GREGORY H. WOODS
                                                  United States District Judge